**Order filed, April 24, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00188-CV

_____

## WORLD SOURCE SIMPLE, LLC, THEODORE RALSTON, ANIL RAMROOP, RON FORREST, AND BRIAN ALLEN, Appellant

## V.

## RADIA ENTERPRISES, INC., Appellee

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-37071**

---

## ORDER

The reporter's record in this case was due March 16, 2020.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Jennifer Gajevsky, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Christopher, Wise and Zimmerer.